SCHNEIDER, Plaintiff, vs. VASILJEVIC and wife, Defendants.
[Two appeals.]

For the plaintiff : *Harry J. Aronson,* attorney, and *George J. Laikin* of counsel, both of Milwaukee.

For the defendants : *A. W. Richter* of Milwaukee.

*By the Court.*—Judgment affirmed.